NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED, HORIZON PHARMA USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS LABORATORIES UT, INC.,**
*Defendant-Cross-Appellant*

---

2017-2149, -2152, -2153, -2202, -2203, -2206

---

Appeals from the United States District Court for the District of New Jersey in Nos. 1:14-cv-04901-NLH-AMD, 1:15-cv-02046-NLH-AMD, 1:15-cv-03051-NLH-AMD, 1:15-cv-05021-NLH-AMD,  1:15-cv-05022-NLH-AMD,  1:15-cv-05024-NLH-AMD,    1:15-cv-05025-NLH-AMD,    1:15-cv-05027-NLH-AMD,    1:15-cv-06131-NLH-AMD,    1:15-cv-06132-NLH-AMD,    1:15-cv-06134-NLH-AMD,    1:15-cv-06135-NLH-AMD,    1:15-cv-06935-NLH-AMD,    1:15-cv-06989-NLH-AMD,    1:15-cv-06990-NLH-AMD,    1:15-cv-06991-NLH-AMD,    1:15-cv-07742-NLH-AMD,    1:15-cv-07745-NLH-AMD,    1:16-cv-00645-NLH-AMD,    1:16-cv-00732-NLH-AMD,    1:16-cv-05051-NLH-AMD,    1:16-cv-05054-NLH-AMD,  and  1:17-cv-03342-NLH-AMD,  Judge Noel Lawrence Hillman.

2  HORIZON PHARMA IRELAND v. ACTAVIS LABORATORIES UT, INC.

_____

## ON MOTION

_____

## O R D E R

Upon consideration of the joint motion to consolidate the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeals are consolidated.  The revised official caption is reflected above.

(2) Appellants' opening brief is due no later than August 14, 2017.  All remaining deadlines are to be calculated in accordance with Federal Circuit Rule 31(a).

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26