**2017-2149, -2152, -2153, -2202, -2203, -2206**

In the

# United States Court of Appeals
### For the Federal Circuit

HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED, HORIZON PHARMA USA, INC.,

*Plaintiffs-Appellants*

v.

ACTAVIS LABORATORIES UT, INC.,

*Defendant-Cross-Appellant*

_____

2017-2149, -2152, -2153, -2202, -2203, -2206
_____

Appeal from the United States District Court for the District of New Jersey in Nos. 1:14-cv-07992-NLH-AMD, 1:15-cv-05025-NLH-AMD, 1:15-cv-06131-NLH-AMD, 1:15-cv-06989-NLH-AMD, 1:15-cv-07742-NLH-AMD, 1:16-cv-00645-NLH-AMD, Judge Noel Lawrence Hillman.

**NOTICE OF CORRECTION TO BRIEF OF PLAINTIFFS-APPELANTS**

ROBERT F. GREEN
CARYN C. BORG-BREEN
JESSICA M. TYRUS
GREEN, GRIFFITH & BORG-BREEN LLP
NBC Tower, Suite 3100
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 883-8000

*Counsel for Plaintiffs-Appellants*

Pursuant to the Practice Note accompanying Federal Circuit Rule 32, Plaintiffs-Appellants Horizon Pharma Ireland Limited, HZNP Limited, and Horizon Pharma USA, Inc. ("Horizon") respectfully submit this Notice of Correction concerning Horizon's principal brief that was filed on August 14, 2017. Horizon's principal brief, as filed on August 14, 2017, contained redactions for words that Defendant-Cross-Appellant Actavis Laboratories UT ("Actavis") previously indicated to be confidential. Prior to Horizon's filing of its principal brief, Actavis indicated that it may be amenable to unredacting these words after it reviewed a copy of Horizon's principal brief. Actavis has since notified Horizon that the redacted portions of Horizon's principal brief may be treated as non-confidential and un-redacted. Thus, a corrected version of Horizon's principal brief will be filed electronically, with these redactions removed. No other changes to the brief have been made.

Dated: August 16, 2017

Respectfully submitted,

/s/ Caryn C. Borg-Breen
Robert F. Green
Caryn C. Borg-Breen
Jessica M. Tyrus
GREEN, GRIFFITH & BORG-BREEN LLP
NBC Tower, Suite 3100
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 883-8000

*Counsel for Plaintiff-Appellants Horizon Pharma Ireland Limited, HZNP Limited and Horizon Pharma USA, Inc.*