# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 05, 2018

17-2149 - HZNP Medicines LLC v. Actavis Laboratories UT, Inc.

## NOTICE OF NON-COMPLIANCE

Your submitted document (Letter in response to citation to supplemental authority) is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following event: Response/Opposition. Refer to "Filing" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 (Link).

- The filing is not accompanied by an adequate proof of service and/or the proof of service indicates improper service. Fed. R. App. P. 25(d) (general); Fed. Cir. R. 25(e) (general).

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken. An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner

Clerk of Court
By: J. Bayles, Deputy Clerk