# United States Court of Appeals for the Federal Circuit

---

**HZNP MEDICINES LLC, HORIZON PHARMA USA, INC.,**
*Plaintiffs-Appellants*

**v.**

**ACTAVIS LABORATORIES UT, INC.,**
*Defendant-Cross-Appellant*

---

2017-2149, 2017-2152, 2017-2153, 2017-2202, 2017-2203, 2017-2206

---

Appeals from the United States District Court for the District of New Jersey in Nos. 1:15-cv-07742-NLH-AMD, 1:16-cv-00645-NLH-AMD, 1:14-cv-07992-NLH-AMD, 1:15-cv-05025-NLH-AMD, 1:15-cv-06131-NLH-AMD, 1:15-cv-06989-NLH-AMD, Judge Noel Lawrence Hillman.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

October 10, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court